IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Simmons, Marshall

Printed: 5/6/08

Case Number: 06 B 16544
Judge: Wedoff, Eugene R
Filed: 12/14/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 20, 2008
Confirmed: February 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,171.00 |  |
| Secured: |  | 1,106.53 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,854.00 |
| Trustee Fee: |  | 210.47 |
| Other Funds: |  | 0.00 |
| Totals: | 4,171.00 | 4,171.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,854.00 | 2,854.00 |
| 2. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,401.25 | 1,058.78 |
| 4. | New Century Mortgage | Secured | 21,482.85 | 47.75 |
| 5. | Internal Revenue Service | Priority | 607.49 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 428.15 | 0.00 |
| 7. | JDF Capital | Unsecured | 3,000.42 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 55.31 | 0.00 |
| 9. | St Margaret Mercy Hospital | Unsecured | 928.27 | 0.00 |
| 10. | Credit Acceptance Corp | Unsecured | 8,404.43 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 560.07 | 0.00 |
| 12. | FNB Brooking | Unsecured |  | No Claim Filed |
| 13. | Newport News | Unsecured |  | No Claim Filed |
| 14. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 15. | Anderson Financial Network | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 41,722.24 | $ 3,960.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 118.13 |
| 5.4% | 92.34 |
|  | _____ |
|  | $ 210.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Simmons, Marshall | Case Number:  06 B 16544 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/6/08 | Filed:  12/14/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

